# EXHIBIT B

# Minnesota Business and Lien System, Office of the Min Secretary of State

- Home
- Search
- Filings

## Search » Business Filings

« Back to Search Results

## Business Record Details »

    File Amendment or Renewal  Order Copies  Order a Certificate

Minnesota Business Name

### Alpha Law Firm LLC

Business Type
    Limited Liability Company (Domestic)
MN Statute
    322B
File Number
    3679272-2
Home Jurisdiction
    Minnesota
Filing Date
    01/22/2010
Status
    Active / In Good Standing
Renewal Due Date:
    12/31/2014
Registered Office Address
    80 S 8th Str #900
    Mpls MN 55402
    USA
Registered Agent(s)
    (Optional) None provided

2/27/2012   Annual Renewal - Limited Liability Company (Domestic)
3/15/2013   Annual Renewal - Limited Liability Company (Domestic)

## Office of the MN Secretary of State Home Page

**System Requirements**

The MBLS application works with the following web browsers:

- Microsoft Internet Explorer (version 7+)
- Mozilla Firefox (version 3.5+)
- Apple Safari (version 3+)
- Google Chrome

**Additional MBLS Information**

- Terms & Conditions
- Contact Us
- Frequently Asked Questions (FAQ)

Copyright 2011 | Secretary of State of Minnesota | All rights reserved