# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:13-cv-00207-DRH-SCW |
| Paul Godfread, et al | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Paul Godfread and Alan Cooper.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Massachusetts. The state and federal bar numbers issued to me are: BBO# 668596, C.A.# 1155137.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 4/16/2013
Date

Signature of Movant

32R Essex Street
Street Address

Jason E. Sweet
Printed Name

Cambridge, MA 02139
City, State, Zip