IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRENDA LAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-cv-00207 |
| ) | Judge: Stephen C. Williams |
| PAUL GODFREAD, ALAN COOPER, and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CORPORATE DISCLOSURFE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Prenda Law  Inc. does not have a parent corporation and no publicly held company owns 10% or more of Plaintiff's stock.

                                                           Respectfully submitted,

                                                           PRENDA LAW, INC.

                                                           By:  /s/ Paul A. Duffy
                                                               One of Its Attorneys

Paul A. Duffy
2 N. LaSalle St., Suite 1300
Chicago, IL  60602
Telephone:  (312) 952-6136
Fax:  (312) 346-8434
E-mail:  pduffy@pduffygroup.com
April 16, 2013