Exhibit F

*The following is rotated 90° on the page:*

# Kahalah Clay
## Circuit Clerk

| Home | County Home | FAQ |

| Attorney Resources | Documents & Forms | Courts |

Search this site...

St. Clair County Circuit Clerk > Courts > Court Records Search

## Court Records Search

Person Search
Company Search
Case Number Search
Attorney Bar Number Search
Attorney Account Info

Criminal Cases | Civil Cases

### Search By Case Participant Name

Participant Name: Godfread   Paul   Search

Last name is required. First name and date of birth are optional.

Case Detail | Register of Actions

| Event Date | Event Description | Party Type | Party Name |
|---|---|---|---|
| 4/16/2013 | DOC:RETURNED MAIL | ADMINISTRATION | |
| 3/18/2013 | DOC:SECOND NOTICE/STATUS SET | ADMINISTRATION | |
| 3/11/2013 | DOC:RETURNED MAIL | ADMINISTRATION | |
| 3/5/2013 | DOC:NOTICE OF REMOVAL | ADMINISTRATION | |
| 3/5/2013 | SUM:SUMMONS RETURNED/SERVED | ADMINISTRATION | |
| 3/5/2013 | SUM:SUMMONS RETURNED/SERVED | ADMINISTRATION | |
| 2/28/2013 | DOC:LETTER | ADMINISTRATION | |
| 2/27/2013 | JUDGE REASSIGNED | ADMINISTRATION | |
| 2/27/2013 | JUDGE REASSIGNED | ADMINISTRATION | |
| 2/21/2013 | DOC:AMENDED COMPLAINT | ADMINISTRATION | |
| 2/21/2013 | MOT:MOTION FOR LEAVE | PLAINTIFF | PRENDA LAW FIRM INC |
| 2/12/2013 | DOC:RECEIPT | ADMINISTRATION | |
| 2/12/2013 | DOC:AFFIDAVIT | ADMINISTRATION | |
| 2/12/2013 | OPN:COMPLAINT FILED | ADMINISTRATION | |
| 2/12/2013 | SUM:SUMMONS ISSUED | ADMINISTRATION | |
| 2/12/2013 | SUM:SUMMONS ISSUED | ADMINISTRATION | |
| 2/12/2013 | ASM:COMPLAINT FILING FEE | ATY PLAINTIFF | HOERNER KEVIN T |



Email Us #10 Public Square - Belleville, IL 618-277-6600 ©2012 St. Clair County - All Rights Reserved