Exhibit G

Paul Godfread
Godfread Law Firm
100 S. 5th Street, #1900
Minneapolis, MN 55402

& THOMPSON, P.C.

26-4797

Hasler
02/27/2013
US POSTAGE
$02.52⁰
ZIP 62226
011D11614876